IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CRIMINAL NO. 5:07CR24 |
| v. | § |
| | § |
| SENEKA WILLIAMS | § |
| | § |

## FACTUAL RESUME

Investigation by the Federal Bureau of Investigation, disclosed the following facts that establish that I, the Defendant, SENEKA WILLIAMS, violated Title 18, United States Code, Section 1791(a)(2). I accept the following factual basis as true and correct:

1. On or about February 18, 2007 in Bowie County, Texas, I, SENEKA WILLIAMS, was an inmate of the Federal Correctional Institution in Texarkana, Texas.

2. That at such time I, SENEKA WILLIAMS, knowingly possessed a controlled substance, to wit: marijuana, while I was an inmate of the Federal Correctional Institution in Texarkana, Texas.

3. I, SENEKA WILLIAMS, knew that the marijuana was an item that I was prohibited to possess in the Federal Correctional Institution in Texarkana, Texas.

Dated: 1-23-08

_Seneka Williams_
SENEKA WILLIAMS

**Defendant's counsel's signature and acknowledgment:**

I have read this Factual Resume and the Plea Agreement in this matter and have reviewed them with my client, SENEKA WILLIAMS. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Resume and the Plea Agreement and that he is signing this Factual Resume voluntarily.

Dated: 1.23.08

John Stroud
Attorney for Defendant